**Order entered December 3, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

### THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is court reporter Jackie Galindo's November 28, 2018 request for a ninety-day extension of time to file the record. We **GRANT** the request to the extent we **ORDER** the record be filed no later than December 31, 2018. *See* TEX. R. APP. P. 35.3(c).


/s/    DAVID EVANS
        JUSTICE